UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GARY CROCKETT,

Plaintiff,

v.

CARSON GAMING, LLC, *et al.*,

Defendants.

Case No. 2:26-cv-00147-MMD-EJY

ORDER

This action was filed on January 22, 2025. (ECF No. 1.) The Court issued a notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by May 22, 2026. (ECF No. 4.) To date, no proof of service has been filed.

It is therefore ordered that this action is dismissed without prejudice.

It is further ordered that all pending motions (ECF Nos. 5, 11) are denied as moot.

The Court kindly directs the Clerk of Court to enter judgment in accordance with this order and close this case.

DATED THIS 14th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE